IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:20-CV-00688-BO

MARY VAN CISE, )
)
        Plaintiff, )
)
v. )
)
KILOLO KIJAKAJI, )
Acting Commissioner of )
Social Security, )
)
        Defendant. )
)

## ORDER

Upon consideration of Plaintiff's petition for attorney's fees pursuant to the Equal Access to Justice Act, and Defendant's opposition thereto, it is this __7__ day of __November__, 2022,

ORDERED that Plaintiff is hereby awarded attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $8,307.44 in full satisfaction of all claims arising under the Equal Access to Justice Act. The fee shall be payable to Plaintiff and sent to Plaintiff's counsel, George C. Piemonte, at the Law Offices of Martin, Jones & Piemonte, 4601 Charlotte Park Drive, Ste 390, Charlotte, NC 28266.

                                        */s/ Terrence W. Boyle*
                                        TERRENCE W. BOYLE
                                        UNITED STATES DISTRICT JUDGE